**THAI AIRWAYS INTERNATIONAL LTD., Plaintiff–Appellant,**

v.

**UNITED AVIATION LEASING B.V. and United Aviation Services, Inc., Defendants–Appellees,**

**Safwan Kuzbari, Chafic Kuzbari, Maher A. Kuzbari, and John Does 1–10, Defendants.**

**No. 1747, Docket 95–7061.**

United States Court of Appeals, Second Circuit.

Argued June 28, 1995.

Decided July 11, 1995.

Robert B. Davidson, Baker & McKenzie, New York City, for plaintiff-appellant.

Daniel J. Brooks, Layton Brooks & Hecht, New York City, for defendants-appellees.

Before VAN GRAAFEILAND, JACOBS and CABRANES, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated by Judge Mukasey in the opinion below, *Thai Airways Int'l Ltd. v. United Aviation Leasing B.V.,* 891 F.Supp. 113 (S.D.N.Y.

1994). That opinion, in turn, assumes familiarity with the district court's prior opinion *Thai Airways Int'l Ltd. v. United Aviation Leasing B.V.,* 842 F.Supp. 1567 (S.D.N.Y. 1994).